IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CATHERINE POULOS KASIDONIS, <br> *as Executrix of the estate of* <br> William Peter Basileios Theofano Poulos, <br><br> Plaintiff(s), <br><br> vs. <br><br> HAMILTON COUNTY, OHIO, et. al., <br><br> Defendant(s). | Case Number: 1:08cv84 <br><br> Chief Judge Susan J. Dlott |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to Timothy S. Hogan, United States Magistrate Judge . Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on December 5, 2008 a Report and Recommendation (Doc. 13). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 17) and defendants filed a response to the objections (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant Hamilton County's motion to dismiss (Doc. 10) is **GRANTED** and Judge Cissell's motion to dismiss (Doc. 11) is **GRANTED**. This action is hereby **TERMINATED** on the docket of this Court.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____ 
Chief Judge Susan J. Dlott 
United States District Court